ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 31 PM 5:05

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOE CURTIS HARRIS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV507-47
 )
FNU FLETCHER; FNU PERRY; )
FNU HIGH; and FNU STEWART, )
 )
    Defendants. )
 )

## O R D E R

After a careful de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Magistrate Judge recommended the dismissal of Plaintiff's Complaint because Plaintiff has brought at least three civil actions or appeals that have been dismissed and count as "strikes" under 28 U.S.C. § 1915(g). Plaintiff has filed a total of seventeen civil actions in this Court. The Court notes that the following three prior cases were dismissed for failure to state a claim under § 1915(a) review: (1) Harris v. Fowler, CV506-66 (S.D. Ga. Nov. 27, 1999); (2) Harris v. Blake, CV498-212 (S.D. Ga.

Nov. 25, 1998); (3) Harris v. Morton, CV506-35 (S.D. Ga. Jan 17, 2007).

In addition, Harris v. Baldwin, CV507-18 (S.D. Ga. April 19, 2007) was recently dismissed pursuant to the three strikes rule of § 1915(g). Plaintiff alleged that an officer had spoken to him in an angry and threatening tone. Due to the paucity of the allegations, that Complaint also failed to state a constitutional violation cognizable under 42 U.S.C. § 1983.

Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to § 1915(g). If Plaintiff desires to proceed with this action, he must re-submit his Complaint along with the full filing fee. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 31st day of October, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA